**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

JOHNSON & JOHNSON
VISION CARE, INC.,

       Plaintiff and
       Counterclaim Defendant,

vs.                                   Case No. 3:05-cv-135-J-32TEM
                                        Case No. 3:06-cv-301-J-32TEM

CIBA VISION CORPORATION,

       Defendant
       Counterclaim Plaintiff.

## ORDER

This case is before the Court on the parties' Joint Statement On How To Proceed Going Forward. (Doc. 386.) The parties ask that all further action in this Court in the above-captioned cases, as well as other remaining patent cases between the parties (Case Nos. 3:03-cv-800-J-32TEM, 3:04-cv-1297-J-32-TEM, 3:06-cv-300-J-32TEM, 3:08-cv-1198-J-32MCR, and 3:09-cv-826-J-32-JRK) be "postponed" pending Johnson & Johnson Vision Care, Inc.'s "pending appeal of the Court's liability decision in the Federal Circuit. " (Doc. 386 at 1.)

Upon due consideration, it is hereby

**ORDERED**:

1.       The following cases - Case Nos. 3:05-cv-135-J-32TEM, 3:06-cv-301-J-32TEM,

3:03-cv-800-J-32TEM, 3:04-cv-1297-J-32-TEM, 3:06-cv-300-J-32TEM, 3:08-cv-1198-J-32MCR, and 3:09-cv-826-J-32-JRK - are **administratively closed** pending a decision by the United States Court of Appeals for the Federal Circuit on liability in Federal Circuit Case No. 2010-1082.

2. The parties shall keep the Court advised as to the status of the pending appeal, copying the Court with all appellate filings.

3. In the event any party desires to reopen any of the listed cases, it should file a motion so requesting.

**DONE AND ORDERED** at Jacksonville, Florida, this 3rd day of June, 2010.

TIMOTHY J. CORRIGAN
United States District Judge

jl.
Copies to:
Counsel of Record